# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERMAINE SANDERS,** | : | |
| Petitioner | : | **CIVIL ACTION NO. 3:18-0884** |
| v. | : | |
| **COMM. OF PA,** | : | **(Judge Mannion)** |
| Respondent | : | |

## ORDER

For the reasons set forth in this Court's memorandum issued this same day, **IT IS HEREBY ORDERED** that:

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 13, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-0884-01-Order.wpd